terms would not apply in the instant case. There is, therefore, no reversible error involved in the failure to admonish as to the mandatory parole term in the instant case.

For the reasons stated, the judgment and sentence in the instant case are affirmed.

Affirmed.

STOUDER, P. J., and STENGEL, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH PERRY, Defendant-Appellant.

(No. 74-293;

Third District—July 25, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Michael M. Mihm, State's Attorney, of Peoria, for the People.